UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:15-CR-00102 |
| DSD SHIPPING, AS, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

**DSD SHIPPING, AS' RESPONSE TO
MOTION FOR DEPOSITION**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW DSD SHIPPING, AS (DSD), by and through its attorneys of record, and submits the following response to Pan Shichao's Motion for Deposition (Doc. 53):

1. Mr. Shichao is presently in the United States pursuant to a written security agreement between DSD Shipping and the United States. Under that agreement, DSD is responsible for certain costs associated with his stay. Those costs are substantial.

2. Mr. Shichao has represented in his motion that if he is allowed to return home he will return for trial.

3. The discovery provided to DSD by the Government in this case includes interviews with several non-indicted witnesses who claim to have extensive first-hand knowledge of the information discussed in paragraph 6 of the Government's response to the instant motion (Doc. 55). Those witnesses are presently in the United States pursuant to the security agreement described above.

4. DSD is not requesting an opportunity to depose Mr. Shichao. FED. R. CRIM. P. 15(a)(1).

5. Mr. Shichao has not been arrested as a material witness under Title 18, United States Code, Section 3144. FED. R. CRIM. P. 15(a)(2).

6. DSD has no objection to Mr. Shichao returning home.

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Tom Kiehnhoff* (admitted *pro hac vice*)
Lead counsel for DSD Shipping, AS
1301 McKinney – Suite 3000
Houston, TX 77010-3033
Telephone: 713-270-3402
tom.kiehnhoff@kattenlaw.com

*/s/ William S. Scully*
**WILLIAM E. SCULLY, JR.** (sculw3127)
Scully & Scully, P.C.
Attorneys at Law
P.O. Box 962
Daphne, Alabama 36526-0962
(251) 626-5052
(251) 626-5051 (Fax)
wscully@scully-law.com

ATTORNEYS FOR DSD SHIPPING

CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for movant and all other parties who have enrolled for electronic notification.

*/s/ Tom Kiehnhoff* (admitted *pro hac vice*)
Tom Kiehnhoff