```
           IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION


UNITED STATES OF AMERICA,      :
                               :
vs.                            :   CRIMINAL NO. 15-00102-CB
                               :
DSD SHIPPING, AS, et al.,      :
                               :
```

                                 **ORDER**

   This action is before the Court on Pan Shichao's Motion for Deposition (Doc. 53).  Upon consideration, this action is hereby set for a hearing before the undersigned Magistrate Judge on **July 14, 2015** at **3:00 p.m.**

   **DONE** this **6th** day of **July, 2015**.

                                     /s/ SONJA F. BIVINS
                               **UNITED STATES MAGISTRATE JUDGE**